|   |   |
|---|---|
| Rebecca Escobar, individually, and on behalf of those similarly situated,<br><br>            Plaintiff,<br><br>  vs.<br><br>THE HERSHEY COMPANY,<br><br>            Defendant. | Case No. 5:24-CV-06844-EJD<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO AMEND COMPLAINT AND SET DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT**<br><br>Judge: Hon. Edward J. Davila<br>Courtroom: 4<br><br>Complaint filed: September 30, 2024 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Stipulation to Amend the Complaint and Set Defendant's Deadline to Respond to Complaint, the Joint Motion is GRANTED:

1. Plaintiff will amend Complaint by January 9, 2025.
2. Defendants will respond to Plaintiffs' Complaint by January 30, 2025.

**IT IS SO ORDERED.**

Dated: January 7, 2025

_____
Honorable Edward J. Davila
United States Judge