SHOOK, HARDY AND BACON LLP
Naoki S. Kaneko (SBN 252285)
nkaneko@shb.com
5 Park Plaza, Suite 1600
Irvine, CA 92614
Tel: 949.475.1500

Amir M. Nassihi (SBN 235936)
anassihi@shb.com
M. Kevin Underhill (SBN 208211)
kunderhill@shb.com
Russell L. Taylor (SBN 345844)
rtaylor@shb.com
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: 415.544.1900

Attorneys for Defendant
THE HERSHEY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA ESCOBAR, individually and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HERSHEY COMPANY,<br><br>Defendant. | Case No. 5:24-cv-06844-EJD<br><br>Assigned to: Hon. Edward J. Davila<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS AMENDED COMPLAINT**<br><br>**DATE: MARCH 27, 2025**<br>**TIME: 9:00 A.M.**<br>**COURTROOM: 4** |

1

1  TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

2      Please take notice that on March 27, 2025 at 9:00 a.m., or soon thereafter as the matter may be heard, in the Courtroom of the Honorable Edward J. Davila, sitting in the United State Courthouse, Courtroom 4–5th Floor, 280 South 1st Street, San Jose, California, 95113, Defendant The Hershey Company will and hereby does move this Court for an Order dismissing Plaintiff's Amended Complaint. This Motion is made based on Plaintiff's failure to state a claim, including:

- Plaintiff has not pleaded facts making it plausible under Rule 8 that reasonable consumers would have been deceived by the alleged misconduct.
- Plaintiff has not pleaded fraud with particularity as required under Rule 9(b).
- Plaintiff has not pleaded facts showing "substantial similarity" between the products she bought and those she did not.
- Plaintiff cannot sue under Pennsylvania state law and cannot represent anyone who could do so.
- The Court should dismiss all claims for equitable relief. Plaintiff has not pleaded facts showing legal remedies would be inadequate and her demand for injunctive relief is moot.

    This Motion is based on this Notice, the Memorandum of Points and Authorities, the pleadings and documents on file, and such other evidence and argument as may be presented at the hearing on this Motion.

Dated: February 6, 2025        Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: */s/ Naoki S. Kaneko*
  Naoki S. Kaneko
  Amir M. Nassihi
  M. Kevin Underhill
  Russell L. Taylor

  Attorneys for Defendant,
  The Hershey Company

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on February 6, 2025, I caused a true and correct copy of the foregoing Defendants' Notice of Motion and Motion to Dismiss to be filed electronically. Notice of this filing will be sent to all parties registered on this Court's ECF system by operation of the Court's electronic filing system. The Parties may access this filing through the Court's system.

*/s/ Naoki S. Kaneko*
Naoki S. Kaneko