**POPE McGLAMRY, P.C.**
Michael L. McGlamry*
Caroline G. McGlamry (Cal. Bar No. 308660)
3391 Peachtree Road NE, Suite 300
Atlanta, GA 30326
Tel: (404) 523-7706
efile@pmkm.com

*Counsel for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| Rebecca Escobar, individually, and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HERSHEY COMPANY,<br><br>Defendant. | CASE NO. 24-cv-06844-EJD<br><br>**PLAINTIFF'S ADMINISTRATIVE REQUEST TO APPEAR REMOTELY** |

**PLAINTIFF'S ADMINISTRATIVE REQUEST TO APPEAR REMOTELY**

Comes now, Plaintiff Rebecca Escobar, and respectfully requests this Court allow counsel to appear remotely, either via Zoom or telephonically, for the March 27, 2025 Motion to Dismiss Hearing and Initial Case Management Conference set to begin at 9:00am and 10:00am respectively. Plaintiff Rebecca Escobar is not the moving party, she will not have a role in the two matters presently before the Court, and Plaintiff's counsel does not reside or maintain an office within the boundaries of the Northern District of California.

A proposed Order is attached hereto as Exhibit A.

Dated: February 14, 2025.

*/s/ Caroline G. McGlamry*
Caroline G. McGlamry (Cal. Bar No. 308660)
Michael L. McGlamry*
**POPE McGLAMRY, P.C.**
3391 Peachtree Road NE, Suite 300
Atlanta, GA 30326
Tel: (404) 523-7706
efile@pmkm.com

*Counsel for Plaintiff and the Proposed Class*

PLAINTIFF'S ADMINISTRATIVE REQUEST TO APPEAR REMOTELY

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on February 14, 2025, I caused a true and correct copy of the foregoing **Plaintiff's Administrative Request to Appear Remotely** to be filed electronically. Notice of this filing will be sent to all parties registered on this Court's ECF system by operation of the Court's electronic filing system. The Parties may access this filing through the Court's system.

/s/ Caroline G. McGlamry
Caroline G. McGlamry (Cal. Bar No. 308660)
**POPE MCGLAMRY, P.C.**
3391 Peachtree Road NE, Suite 300
Atlanta, GA 30326
Tel: (404) 523-7706
carolinemcglamry@pmkm.com
