**POPE MCGLAMRY, P.C.**
Michael L. McGlamry*
Caroline G. McGlamry (Cal. Bar No. 308660)
3391 Peachtree Road NE, Suite 300
Atlanta, GA 30326
Tel: (404) 523-7706
efile@pmkm.com

*Counsel for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| Rebecca Escobar, individually, and on behalf of those similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE HERSHEY COMPANY,<br><br>　　　　　　　　Defendant. | CASE NO. 24-cv-06844-EJD<br><br>[PROPOSED] ORDER GRANTING REMOTE APPEARANCE |

　　　Plaintiff's motion to appear remotely via Zoom/telephonically at the Initial Case Management Conference on March 27, 2025, at 10:00 AM in San Jose, Courtroom 4, 5th Floor is GRANTED.

　　　Counsel shall comply with the Court's Standing Order on Procedures for Remote Appearances, available online at *http://cand.uscourts.gov/ejdorders*.

　　　IT IS SO ORDERED.

Dated: February ___, 2025.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　United States Senior District Judge